# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BRISTOW** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 13-1247** |
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA LIQUOR CONTROL BOARD** *Defendant* | : : : : : | |

## ORDER

**AND NOW,** this 18th day of December 2014, upon consideration of the *motion for summary judgment* filed by Defendant Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board, pursuant to Federal Rule of Civil Procedure 56, [ECF 28], and Plaintiff's response thereto, [ECF 33], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED,** and Judgment is entered in favor of Defendant Commonwealth of Pennsylvania, Pennsylvania Liquor Control Board, and against Plaintiff Edward Bristow. The Clerk of Court is directed to mark this matter closed.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.

ENTERED

DEC 1 8 2014

CLERK OF COURT